Leith B. Hansen, No. 109320
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorney for Defendant(s), CHI HUA-YANG sued herein as CHI-HUA YANG aka CHI YANG HUA dba YEN CHING RESTAURANT; JOHN YANG and WALLET CORRINE M. TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>          Plaintiff(s),<br><br>     v.<br><br>YEN CHING RESTAURANT, INC. and CHI-HUA YANG dba YEN CHING RESTAURANT, WALLET CORRINE M. TRUST,<br><br>          Defendant(s). | Case No.: 1:10-CV-00220-SMS<br><br>STIPULATION FOR DISMISSAL; ORDER |

   IT IS HEREBY STIPULATED by and between plaintiff, THERESA WALLEN, through her attorney of record Tanya Levinson Moore, and defendants CHI HUA-YANG sued herein as CHI-HUA YANG aka CHI YANG HUA dba YEN CHING RESTAURANT; JOHN YANG and WALLET CORRINE M. TRUST, through their attorney Leith B. Hansen, as follows:

   Plaintiff's entire complaint on file herein, shall be dismissed with prejudice.  Each party shall bear their own costs and attorney fees.

IT IS SO STIPULATED.

Dated: September 8, 2010          MOORE LAW FIRM, PC


                    By:  _____/S/_____

Stipulation for Dismissal; Order – Page 1

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | TANYA LEVINSON MOORE, Attorney for Plaintiff, THERESA WALLEN |

IT IS SO STIPULATED.

Dated: September 8, 2010        JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: _____/S/_____
LEITH B. HANSEN, Attorneys for Defendant(s), CHI HUA-YANG sued herein as CHI-HUA YANG aka CHI YANG HUA dba YEN CHING RESTAURANT; JOHN YANG and WALLET CORRINE M. TRUST

# ORDER

Wallen v. Yen Ching, et al.
*United States District Court, Eastern District of California, Fresno Division*
<u>*Case No.: 1:10-CV-00220-SMS*</u>

IT IS SO ORDERED.

Dated:  September 9, 2010            /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com